IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

JEFFREY V. JOHNSON,             *
     Petitioner            *
vs.                             *
                                                   CASE NO. 3:06-CV-70 (CDL)
HUGH SMITH, Warden,             *
     Respondent            *
                               *

## ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 4, 2007, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 28th day of September, 2007.

                                             S/Clay D. Land
                                               CLAY D. LAND
                                     UNITED STATES DISTRICT JUDGE